IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID PEDRAZA,**                                                     **2:20-CV-00808 KG/GJF**

      **Plaintiff,**

vs.

**CHRISTOPHER SMELSER,**
**And THE CITY OF LAS CRUCES d/b/a**
**LAS CRUCES POLICE DEPARTMENT,**

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

THI MATTER comes before the Court upon the parties' "Joint Motion to Dismiss with Prejudice" [ECF No. 55 ]. The Court, having reviewed the Motion and noting the concurrence of all parties, finds the Motion to be well-taken and hereby **GRANTS** the Motion.

**IT IS THERFORE ORDERED** that all of Plaintiff's claims against the Defendants shall be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

_____
UNITED STATE DISTRICT JUDGE